**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

EDWARD N. NEWTOP,                      No. C 08-02852 SBA

    Plaintiff,                            **ORDER**

  v.

U.S. GOVERNMENT,

    Defendant.

---

Before the Court is defendant's Motion and Memorandum in Support of Motion to Dismiss Complaint [Docket No. 15]. As this is a Social Security appeal, motions are not filed for noticed hearings. The Court thus sets the following briefing schedule. Plaintiff shall file an opposition, if any, on or before January 12, 2009. Defendant shall file a reply, if any, on or before January 19, 2009. The Court shall consider the matter submitted on the pleadings.

IT IS SO ORDERED.

December 17, 2008                             _____
                                                        Saundra Brown Armstrong
                                                        United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWTOP et al, | Case Number: CV08-02852 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| U.S. GOVERNMENT et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward N. Newtop
P.O. Box 425028
San Francisco, CA 94142

Dated: December 19, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2