**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

EDWARD N. NEWTOP,                                      No.  C 08-02852 SBA

           Plaintiff,                          **ORDER**

  v.                                                    [Docket No. 15]

U.S. GOVERNMENT,

           Defendant.

_____

      Before the Court is defendant's Motion and Memorandum in Support of Motion to Dismiss Complaint [Docket No. 15].  On December 19, 2008, the Court set a briefing schedule for the motion.  *See* Docket No. 16.  Plaintiff's opposition, if any, was due on or before January 12, 2009 and defendant's reply, if any, was due on or before January 19, 2009.  *See id.*  On January 5, 2009, the Court's Order setting the briefing schedule was returned as undeliverable.  *See* Docket No. 17.  Under Civil Local Rule 3-11, pro se parties, as do all parties, have a duty to keep the Court apprised of any changes of address.  Further, paragraph 8 of the Court's Standing Order for Civil Cases provides that a party's failure to oppose a motion constitutes a consent to granting it.  As plaintiff has failed to oppose defendant's motion, the Court GRANTS the motion as unopposed, and DISMISSES this matter without prejudice.  The Clerk shall CLOSE the file and terminate any pending matters.

      IT IS SO ORDERED.

January 20, 2009                          _____
                                          Saundra Brown Armstrong
                                          United States District Judge

1

2

3  UNITED STATES DISTRICT COURT

4  FOR THE

5  NORTHERN DISTRICT OF CALIFORNIA

6

7

8  NEWTOP et al,                                    Case Number: CV08-02852 SBA

9          Plaintiff,                              **CERTIFICATE OF SERVICE**

10    v.

11  U.S. GOVERNMENT et al,

12          Defendant.
                                          /

13

14  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

15

16  That on January 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

17

18

19  Edward N. Newtop
20  P.O. Box 425028
    San Francisco, CA 94142
21

22  Dated: January 21, 2009
                                          Richard W. Wieking, Clerk
23                                        By: LISA R CLARK, Deputy Clerk

24

25

26

27

28

2